Gregory D. Miller
Gene Y. Kang
Jenna Z. Gabay
**RIVKIN RADLER LLP**
21 Main Street, Suite 158
Court Plaza South – West Wing
Hackensack, New Jersey 07601-7021
Telephone: (201) 287-2460

Betty Chen (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070

Susan E. Morrison (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
222 Delaware Avenue
17th Floor, P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070

Christopher O. Green (admitted *pro hac vice*)
Sara C. Fish (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005

Karrie E. Wheatley (admitted *pro hac vice*)
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300

*Attorneys for Plaintiffs/Counterclaim-
Defendants, Sun Pharma Global FZE and
Sun Pharmaceutical Industries, Inc.*

Eric I. Abraham
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808

William A. Rakoczy (admitted *pro hac vice*)
Paul J. Molino (admitted *pro hac vice*)
Rachel P. Waldron (admitted *pro hac vice*)
Conly S. Wythers (admitted *pro hac vice*)
Katie A. Boda (admitted *pro hac vice*)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone:  (312) 527-2157

*Attorneys for Defendants/Counterclaim-
Plaintiffs, Lupin Ltd. and Lupin
Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>*Plaintiffs/Counterclaim-Defendants*,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>*Defendants/Counterclaim-Plaintiffs.* | Civil Action No. 3:18-cv-02213-FLW-TJB<br><br>**NOTICE OF MOTION**<br>**TO SEAL** |

**TO: ALL COUNSEL**

**PLEASE TAKE NOTICE** that on September 16, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs/Counterclaim-Defendants, Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. (collectively, "Sun") and Defendants/Counterclaim-Plaintiffs, Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), through their respective attorneys herein, will respectively move before this Court for an Order sealing Sun and Lupin's Confidential and/or Highly Confidential Information in:

- Letter from Eric I. Abraham, Esq., dated July 8, 2019 (D.E. 70);

- Letter from Plaintiffs/Counterclaim Defendants Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. ("Plaintiffs" or "Sun") to the Hon. Tonianne J. Bongiovanni, U.S.M.J. re Motion to Compel, dated July 8, 2019 and the accompanying exhibits A through C (respectively, D.E. 71, 71-1, 71-2, and 71-3);

- Letter from Plaintiffs to the Hon. Tonianne J. Bongiovanni, U.S.M.J. re Motion to Compel, dated July 15, 2019 and the accompanying exhibits A, B, and D through I (respectively, D.E. 76, 76-1, 76-2, 76-4, 76-5, 76-6, 76-7, 76-8, and 76-9);

- Letter from Lupin to the Hon. Tonianne J. Bongiovanni, U.S.M.J. re Sun's Motion to Compel, dated July 18, 2019 and the accompanying exhibits B and C (respectively, D.E. 79, 79-2, and 79-3);

- Letter Order from Hon. Tonianne J. Bongiovanni, U.S.M.J. re Plaintiffs' Motion to Compel, dated July 19, 2019 (D.E. 80);

- Letter from Defendant, Lupin, dated July 23, 2019, and Exhibits A – M annexed thereto (respectively, D.E. 84, 84-1 to -14);

- Letter from Sun to the Hon. Tonianne J. Bongiovanni, U.S.M.J., dated July 26, 2019, and Exhibits B and F annexed thereto (respectively, D.E. 89, 89-2, and 89-6);

- Exhibits A and B to the Letter from Sun to the Hon. Tonianne J. Bongiovanni, U.S.M.J., dated August 1, 2019 (respectively, D.E. 91-1, and 91-2); and

- Letter from Lupin to the Hon. Tonianne J. Bongiovanni, U.S.M.J., dated August 8, 2019, and Exhibits A and B annexed thereto (respectfully, D.E. 93, 93-1, and 93-2).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4) and 5.3(c)(1), no legal brief is required and all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Declarations of Gregory D. Miller and Eric I. Abraham.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that all parties consent to the relief requested herein.

Dated: August 16, 2019

By: *s/Gregory D. Miller*
    Gregory D. Miller
    Gene Y. Kang
    Jenna Z. Gabay
    **RIVKIN RADLER LLP**
    21 Main Street, Suite 158
    Court Plaza South – West Wing
    Hackensack, New Jersey 07601-7021
    Telephone: (201) 287-2460

    Betty Chen (admitted *pro hac vice*)
    **FISH & RICHARDSON P.C.**
    500 Arguello Street, Suite 500
    Redwood City, California 94063
    Telephone: (650) 839-5070

    Susan E. Morrison (admitted *pro hac vice*)
    **FISH & RICHARDSON P.C.**
    222 Delaware Avenue
    17th Floor, P.O. Box 1114
    Wilmington, DE 19801
    Telephone: (302) 652-5070

    Christopher O. Green (admitted *pro hac vice*)
    Sara C. Fish (admitted *pro hac vice*)
    **FISH & RICHARDSON P.C.**
    1180 Peachtree Street NE, 21st Floor
    Atlanta, Georgia 30309
    Telephone: (404) 892-5005

    Karrie E. Wheatley (admitted *pro hac vice*)
    **FISH & RICHARDSON P.C.**
    1221 McKinney Street, Suite 2800
    Houston, Texas 77010
    Telephone: (713) 654-5300

    *Attorneys for Plaintiffs/Counterclaim-*
    *Defendants, Sun Pharma Global FZE and*
    *Sun Pharmaceutical Industries, Inc.*

By: *s/ Eric I. Abraham*
    Eric I. Abraham
    **HILL WALLACK LLP**
    21 Roszel Road
    Princeton, New Jersey 08540
    Telephone: (609) 924-0808

    William A. Rakoczy (admitted *pro hac vice*)
    Paul J. Molino (admitted *pro hac vice*)
    Rachel P. Waldron (admitted *pro hac vice*)
    Conly S. Wythers (admitted *pro hac vice*)
    Katie A. Boda (admitted *pro hac vice*)
    **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
    6 West Hubbard Street, Suite 500
    Chicago, Illinois 60654
    Telephone:  (312) 527-2157

    *Attorneys for Defendants/Counterclaim-*
    *Plaintiffs, Lupin Ltd. and Lupin*
    *Pharmaceuticals, Inc.*