# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES LTD. and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>*Plaintiffs/Counterclaim-Defendants*,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>*Defendants/Counterclaim-Plaintiffs*. | Civil Action No. 3:18-cv-02213-FLW-TJB |

## ORDER VACATING OPINION AND ORDER

This matter is before the Court on Plaintiffs' motion to vacate this Court's September 30, 2021 Opinion and Order (D.E. 244 and D.E. 245).

WHEREAS, Plaintiffs have filed a motion for reconsideration (D.E. 249) of this Court's Opinion and Order;

WHEREAS, Plaintiffs have filed a motion to vacate this Court's Opinion and Order and Defendants do not oppose the motion;

WHEREAS, the equities favor vacatur because such disposition will eliminate the need to resolve Sun's pending motion for reconsideration and/or an appeal to the Federal Circuit;

WHEREAS, this matter will be fully and finally resolved upon entry of the parties' Stipulation of Dismissal with Prejudice; and the Court finding good cause therefore, it is:

ORDERED that the Court's September 30, 2021 Opinion and Order, and all Orders, decisions and findings underlying such Opinion and Order or merged therein, are hereby VACATED.

Dated:  February 8 , 2022

/s/ Freda L. Wolfson
HON. FREDA L. WOLFSON
U.S. CHIEF DISTRICT JUDGE